**Dismissed and Memorandum Opinion filed June 20, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00274-CV

---

### STEVEN  M. SAENZ, Appellant

### V.

### CAPITAL ONE BANK, N.A., Appellee

---

### On Appeal from the 10th District Court
### Galveston County, Texas
### Trial Court Cause No. 22CV1380

---

### MEMORANDUM  OPINION

This is an appeal from a judgment signed January 25, 2024. The notice of appeal was filed February 20, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On May 23, 2024, this court ordered appellant to pay the appellate filing fee on or before June 3, 2024 or the appeal was subject to dismissal without further

notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.